**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NICK KOSMAS, | |
| Plaintiff, | Court No.: 1:25-cv-03846 |
| v. | (Removed from Cook County, IL Case No.: 2024 L 012723) |
| NORTON TRANSPORT, INC., a Corporation, and EDSON GUERRIER, | **Jury Trial Demanded** |
| Defendants. | |

**JOINT STATUS REPORT**

**I.      Status of Written Discovery**

The Plaintiff has answered written discovery requests by the Defendants. The Defendants sought a 14-day extension on answers to written discovery, to which Plaintiff agreed. The new deadline for Defendants to answer written discovery is 7/31/2025.

**II.     Anticipated Third-Party Discovery**

The parties do not anticipate requiring any third-party discovery at this time.

**III.    List of Anticipated Depositions**

a.   Plaintiff Nick Kosmas;
b.   Lisa Kosmas, damages witness;
c.   Defendant Driver Edson Guerrier;
d.   Rule 30(b)(6) deposition of Defendant Norton Transport, Inc.;
e.   Officer E. Hernandez, Illinois State Police Officer, liability witness;
f.   Dr. Eugene Lopez, treating surgeon;
g.   Dr. Mark Hutchinson, Defendant's retained medical expert for examination of Plaintiff;

**IV. Settlement Conference**

The parties are requesting a settlement conference prior to moving forward with depositions. Plaintiff has issued a demand. Defendants are yet to make an offer.

Date: 7/23/2025        s/_____*Brennan Hutson*_____
                        Counsel for Plaintiff


Date: 7/23/2025        s/_____*Lisa Wesolowski*_____
                        Counsel for Defendants


Respectfully submitted,
NICK KOSMAS

By: */s/ Brennan B. Hutson*
      One of its Attorneys


Brennan Hutson
ARDC No. 6329842
Midwest Injury Lawyers, LLC
155 N. Wacker Drive, Suite 4250
Chicago, IL 60606
bhutson@midwestinjurylawyers.com
312-768-3640

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICK KOSMAS, | |
| Plaintiff, | Court No.:  1:25-cv-03846 |
| v. | (Removed from Cook County, IL Case No.: 2024 L 012723) |
| NORTON TRANSPORT, INC., a Corporation, and EDSON GUERRIER, | **Jury Trial Demanded** |
| Defendants. | |

**CERTIFICATE OF SERVICE/NOTICE OF FILING**

I hereby certify that on July 23, 2025, the above captioned joint status report was filed with the Clerk of the Court using the CM/ECF system, which will electronically send notice to all parties of record.

Respectfully submitted,
NICK KOSMAS

By:  */s/ Brennan B. Hutson*
     One of its Attorneys

Brennan Hutson
ARDC No. 6329842
Midwest Injury Lawyers, LLC
155 N. Wacker Drive, Suite 4250
Chicago, IL 60606
bhutson@midwestinjurylawyers.com
312-768-3640