**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NICK KOSMAS, | Court No.: 1:25-cv-03846 |
| Plaintiff, | |
| v. | (Removed from Cook County, IL Case No.: 2024 L 012723) |
| NORTON TRANSPORT, INC., a Corporation, and EDSON GUERRIER, | **Jury Trial Demanded** |
| Defendants. | |

## DISMISSAL ORDER

This matter coming before the Court at the Request of the Parties, pursuant to settlement,

due notice having been given, and the Court being fully advised in the premises, **IT IS HEREBY**

**ORDERED THAT**:

1. All parties hereto, by their respective attorneys, have reached a full settlement and compromise of all pending matters at issue in this case.

2. Pursuant to settlements, all pending claims are hereby dismissed with prejudice and without costs, all costs having been paid.

3. Plaintiff, and his attorneys, are responsible for satisfying all liens relative to Plaintiff's claim pursuant to 735 ILCS 5/2-2301.

Date: October 31, 2025

_Mary M Rowland_
_____
JUDGE

Order prepared by:
**CANTY NOVY BERTKAU GORDON, LLC**
Bradley A. Bertkau (#6295889)
bbertkau@cnbglaw.com
33 N. LaSalle Street, Suite 2900
Chicago, Illinois 60602
Office: (847) 625-8200